UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rochelle N. Ruibal<br><br>       Plaintiff,<br><br>    v.<br><br>FCA US, LLC<br><br>       Defendant. | Case No.  1:24-cv-01589-KES-HBK<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 09/19/2025.

September 19, 2025                                            KEITH HOLLAND, CLERK

                                                                                                       By: /s/  R. Gonzalez,<br>                                                                                                       Deputy Clerk