UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE N. RUIBAL, | No. 1:24-cv-01589-KES-HBK |
| Plaintiff, | |
| v. | ORDER |
| FCA US, LLC; and DOES 1 through 10, inclusive, | |
| Defendants. | |

On October 17, 2025, the Parties filed a Joint Stipulation to Continue the Jurisdiction Deadline Over Plaintiff's Attorneys' Fees, Costs, and Expenses. The Court, having considered the Parties' Joint Stipulation and finding good cause for the requested extension of time, hereby ORDERS:

1. The deadline for plaintiff to file a motion for attorneys' fees, costs, and expenses is continued to December 19, 2025; and

2. The Court retains jurisdiction over the action pending a decision on plaintiff's motion for attorneys' fees, costs, and expenses.

IT IS SO ORDERED.

Dated:   October 20, 2025

_____
UNITED STATES DISTRICT JUDGE